**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
DENISE TURK,                        )   No. EDCV 11-265-CW
                                    )
          Plaintiff,                )   JUDGMENT
                                    )
     v.                             )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner, Social Security       )
Adminstration,                      )
                                    )
          Defendant.                )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED: January 3, 2012

_____
CARLA M. WOEHRLE
United States Magistrate Judge